IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

  v.

STEVEN NEIL,

        Defendant.
                                  /

No. C 14-00122 WHA

**ORDER SETTING RESPONSE DEADLINE; MEET-AND-CONFER; AND DISCOVERY HEARING**

        On June 16, defense attorney Michael J. Shepard filed a letter summarizing a discovery dispute with the Securities and Exchange Commission (Dkt. No. 26). The Commission will please respond to Attorney Shepard's letter by **11:00 AM ON JUNE 20**.

        In addition, the parties are **ORDERED** to further meet-and-confer in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse, **FOR TWO HOURS BEGINNING FROM 8:00 AM ON JUNE 23**. Please buzz chambers to be let into the jury room. At 10:00 AM that day, the undersigned judge will hold a hearing to resolve any remaining issue(s). The Commission may bring a sample of its notes and memoranda — as requested by defense counsel in their Request for Production No. 3 and Interrogatory No. 2 (Dkt. Nos. 26-1 and 26-3) — from its informal interviews with witnesses so that the undersigned judge may see examples of the requested information at the hearing. Of note, only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

        **IT IS SO ORDERED.**

Dated: June 17, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE