IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

STEVEN NEIL,

    Defendant.

No. C 14-00122 WHA

**ORDER RE NEW TIMES FOR MEET-AND-CONFER AND DISCOVERY HEARING**

    A prior order filed today set an additional meet-and-confer and discovery hearing for June 23 (Dkt. No. 27). That order is modified only to the following extent.

    The parties will appear for the additional meet-and-confer in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse, **FOR TWO HOURS BEGINNING FROM 12:00 PM ON JUNE 23**. Again, please buzz chambers to be let into the jury room. At 2:00 PM that day, the undersigned judge will hold a hearing to resolve any remaining issue(s). Only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: June 17, 2014.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE