Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Securities and Exhange Comm'n

Plaintiff(s),

v.

Steven Neil,

Defendant(s).

Case No: 14-cv-00122

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Audrey E. Moog, an active member in good standing of the bar of the D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Steven Neil in the above-entitled action. My local co-counsel in this case is Michael M. Shepard, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hogan Lovells, 555 Thirteenth Street, NW Washington, DC 20004 | 3 Embarcadero Center, Suite 1500 San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (202) 637-8313 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 374-2300 |
| MY EMAIL ADDRESS OF RECORD: audrey.moog@hoganlovells.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: michael.shepard@hoganlovells.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 468600.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/17/14

Audrey E. Moog
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Audrey E. Moog is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 17, 2014.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012