United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

  v.

STEVEN NEIL,

         Defendant.

                           /

No. C 14-00122 WHA

**ORDER RE STAY**

     The parties have filed a joint motion for a temporary stay of deadlines while the Securities and Exchange Commission considers the parties' proposed settlement (Dkt. No. 58).

     All due dates and schedule dates shall be postponed by twenty-one calendar days. The date of the pre-trial conference and the trial date shall remain unchanged. **BY FIVE P.M. ON FEBRUARY 2, 2015**, counsel shall file a joint statement advising of the action taken by the Commission.

     **IT IS SO ORDERED.**

Dated: January 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE