JINA L. CHOI (New York Bar No. 154425)
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
AARON P. ARNZEN (Cal. Bar No. 218272)
    arnzena@sec.gov
JENNIFER J. LEE (Cal. Bar No. 261399)
    leejen@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br>            v.<br>STEVEN NEIL,<br><br>                  Defendant. | Case No. 3:14-cv-00122-WHA<br><br>**JOINT STATEMENT REGARDING SETTLEMENT OF THIS ACTION**<br><br>The Honorable William H. Alsup<br>Courtroom 8, 19th Floor<br><br>Trial Date:  June 15, 2015 |

**JOINT STATEMENT REGARDING SETTLEMENT OF THIS ACTION**

The parties respectfully submit this joint statement pursuant to the Court's January 12, 2015 order temporarily postponing deadlines in the case.

Pursuant to this Court's April 10, 2014 order, representatives of the Plaintiff the Securities and Exchange Commission (the "SEC" or "Commission") and Defendant Steven M. Neil, with his counsel, attended a settlement conference over which Magistrate Judge Donna M. Ryu presided on December 16, 2014.  From December 16, 2014, through January 9, 2015, the parties continued to engage in extensive settlement discussions with the assistance of Magistrate Judge Ryu.  Late in the day on January 9, 2015, the parties reached a proposed settlement, which the SEC representatives were prepared to recommend to the Commission.  On January 12, 2015, upon the parties' joint motion, this Court ordered a temporary postponement of deadlines in the case, and further ordered that counsel file a joint statement advising the Court of any action taken by the Commission by 5 P.M. on February 2, 2015.

The Commission has since approved the proposed settlement.  Accordingly, the parties today will file with the Court the Consent of Defendant Steven Neil to Entry of Final Judgment, along with the proposed Final Judgment as to Defendant Steven Neil, which the parties respectfully request that the Court enter in this case.  If entered, the Final Judgment would resolve all outstanding claims in this litigation.

Dated:  January 30, 2015

/s/   Aaron P. Arnzen
         Aaron P. Arnzen

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


HOGAN LOVELLS US LLP

/s/   Michael J. Shepard
         Michael J. Shepard

Attorneys for Defendant
STEVEN M. NEIL