IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN NEIL,

    Defendant.

No. C 14-00122 WHA

**NOTICE**

The parties' proposed settlement and final judgment is approved, subject to one modification. Section X will be modified to clarify that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment for five years. If either party objects to this modification, they must submit their objection by **FIVE P.M. ON FEBRUARY 2, 2015.**

Dated: January 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE